1  ADAM PAUL LAXALT
     Attorney General
2  STEVE SHEVORSKI (Bar No. 8256)
     Head of Complex Litigation
3  THERESA HAAR (Bar. No. 12158)
     Senior Deputy Attorney General
4  Office of the Attorney General
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, NV 89101-1068
   (702) 486-3268 (phone)
6  (702) 486-3773 (fax)
   sshevorski@ag.nv.gov
7  thaar@ag.nv.gov

*Attorneys for Defendant State of Nevada*
*ex rel. Eighth Judicial District Court*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS PALAFOX-LUGO,<br><br>    Plaintiff,<br><br>vs.<br><br>EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY; LAS VEGAS JUSTICE COURT,<br><br>    Defendants. | Case No. 2:18-cv-01796-APG-GWF<br><br>**STIPULATION AND ORDER FOR CONTINUING TIME FOR STATE OF NEVADA EX REL. EIGHTH JUDICIAL DISTRICT COURT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant, State of Nevada ex rel. Eighth Judicial District Court, and Plaintiff, Jesus Palafox-Lugo, agree to continue the date for Defendant to respond to Plaintiff's Complaint for 32 days. Defendant's new deadline to respond to Plaintiff's Complaint will

. . .

. . .

. . .

be Tuesday, November 13, 2018. The parties' purpose in entering into this stipulation is to facilitate settlement discussions and not for delay.

DATED this 8th day of October, 2018.  DATED this 8th day of October, 2018.

ADAM PAUL LAXALT  LAS VEGAS DEFENSE GROUP, L.L.C.
Attorney General

By:    /s/ *Steve Shevorski*            By:    /s/ *Alexander R. Vail*
    STEVE SHEVORSKI (Bar No. 8256)     ALEXANDER R. VAIL, ESQ.
     Head of Complex Litigation     2970 W. Sahara Ave.
    THERESA HAAR (Bar. No. 12158)     Las Vegas, NV 89102
     Senior Deputy Attorney General
    Office of the Attorney General     *Attorneys for Plaintiff*
    555 E. Washington Ave., Ste. 3900     *Jesus Palafox-Lugo*
    Las Vegas, NV 89101-1068

*Attorneys for Defendant State of Nevada ex rel. Eighth Judicial District Court*

**ORDER**

IT IS SO ORDERED.

DATED this __9th__ day of October, 2018.

                                                                                                                               
UNITED STATES MAGISTRATE JUDGE