ADAM PAUL LAXALT
  Attorney General
STEVE SHEVORSKI (Bar No. 8256)
  Head of Complex Litigation
THERESA HAAR (Bar. No. 12158)
  Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101-1068
(702) 486-3268 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
thaar@ag.nv.gov

*Attorneys for Defendant State of Nevada
ex rel. Eighth Judicial District Court*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS PALAFOX-LUGO,<br><br>      Plaintiff,<br><br>vs.<br><br>EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY; LAS VEGAS JUSTICE COURT,<br><br>      Defendants. | Case No. 2:18-cv-01796-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT AS TO THE STATE OF NEVADA EX REL. EIGHTH JUDICIAL DISTRICT COURT** |

    Defendant, State of Nevada ex rel. Eighth Judicial District Court (**District Court**), through its counsel, and Plaintiff, Jesus Palafox-Lugo, through his counsel, stipulate and

. . .

. . .

. . .

agree that Plaintiff's complaint as to the District Court shall be dismissed with prejudice. The District Court and Plaintiff shall bear their own fees and costs.

DATED this 10th day of October, 2018.     DATED this 10th day of October, 2018.

ADAM PAUL LAXALT     LAS VEGAS DEFENSE GROUP, L.L.C.
Attorney General

By:    /s/ *Steve Shevorski*        By:    /s/ *Alexander R. Vail*
     STEVE SHEVORSKI (Bar No. 8256)       ALEXANDER R. VAIL, ESQ.
      Head of Complex Litigation            2970 W. Sahara Ave.
     THERESA HAAR (Bar. No. 12158)        Las Vegas, NV 89102
      Senior Deputy Attorney General
     Office of the Attorney General           *Attorneys for Plaintiff*
     555 E. Washington Ave., Ste. 3900     *Jesus Palafox-Lugo*
     Las Vegas, NV 89101-1068

*Attorneys for Defendant State of Nevada ex rel. Eighth Judicial District Court*

**ORDER**

IT IS SO ORDERED.

DATED this  11th  day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE