STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **ROBERT J. GOWER**
Deputy District Attorney
State Bar No. 001868
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Phone (702) 455-4761
Fax (702) 382-5178
Attorneys for Defendant Las Vegas Justice Court

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS PALAFOX-LUGO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EIGHTH JUDICIAL DISTRICT COURT, )<br>CLARK COUNTY; LAS VEGAS JUSTICE )<br>COURT, )<br>)<br>Defendant. ) | Case No:2:18-cv-01796-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT AS TO THE LAS VEGAS JUSTICE COURT** |

  Defendant, Las Vegas Justice Court, through its counsel, and Plaintiff, Jesus Palafox-Lugo, through his counsel, stipulate and agree that Plaintiff's complaint as to the Las Vegas

…

…

…

Justice Court shall be dismissed with prejudice. The Las Vegas Justice Court and Plaintiff shall bear their own fees and costs

DATED this 19th day of October, 2018.   DATED this 19th day of October, 2018.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

LAS VEGAS DEFENSE GROUP, LLC

By:
*/s/ Robert J. Gower*
ROBERT J. GOWER
Deputy District Attorney
State Bar No. 001868
500 South Grand Central Pkwy.,
Suite 5075
Las Vegas, Nevada 89155-2215
*Attorney for Defendant Las Vegas Justice Court*

By:
*/s/ Alexander R. Vail*
Alexander R. Vail, Esq.
Las Vegas Defense Group, LLC
2970 West Sahara Ave.
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: October 22, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE